IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY GUTZLER,

Plaintiff,

v.

MRB DEVELOPMENT, LLC,

Defendant.

Case No. 23-cv-3109 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/11/2024**          **MONICA A. STUMP, Clerk of Court**

                              **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**